IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RASHOD D. COSTON,
    Plaintiff
    v.
MARK KIRBY, WARDEN, F.C.I. LORETTO,
    Defendant

Case No. 3:15-cv-13-KRG-KAP

### Memorandum Order

To the extent that what was docketed at docket no. 5 as plaintiff's Motion to Vacate can be considered a motion under either Fed.R.Civ.P. 59 or Fed.R.Civ.P. 60(b), it is denied.

April 30, 2015

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

Rashod D. Coston
Apartment 5C
233 W. 140th Street
New York, NY 10030