IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RASHOD D. COSTON,                          :
                    Plaintiff             :
           v.                             : Case No. 3:15-cv-13-KRG-KAP
MARK KIRBY, WARDEN, F.C.I.                :
LORETTO,                                  :
                    Defendant             :

## Memorandum Order

This matter was referred to Magistrate Judge Keith A.
Pesto for proceedings in accordance with the Magistrates Act, 28
U.S.C.§ 636, and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation
on May 24, 2017, ECF no. 16, recommending that the plaintiff's
correspondence at ECF no. 14 that was construed as a second motion
under Fed.R.Civ.P. 60(b) be denied. The plaintiff was given notice
at his last given address that pursuant to 28 U.S.C.§ 636(b)(1),
he had fourteen days to file written objections to this Report and
Recommendation. No objections have been filed and the time to do
so has expired.

After review of the record of this matter, the
recommendation of the Magistrate Judge, and the lack of objections
thereto, the following order is entered:

AND NOW, this 27th day of March 2018, it is

ORDERED that to the extent that what was docketed at ECF

no. 14 can be considered a motion under Fed.R.Civ.P. 60(b), it is

denied.

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

Rashod D. Coston
1017 N. Townsend Street
Syracuse, NY 13208

2